UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING  )
INDUSTRY INSURANCE AND ANNUITY FUNDS,        )  Index No.: 08-CIV-1544 (SCR)
                                             )
                           Plaintiffs,       )  **REQUEST FOR ENTRY**
                                             )  **OF DEFAULT JUDGMENT**
                                             )
           -against-                         )
                                             )
EAST SIDE GLASS CO., INC.,                   )
                                             )
                           Defendant.        )

*U.S. DISTRICT COURT FILED MAR 13 2008 S.D. OF N.Y. W.P.*

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant East Side Glass Co., Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant East Side Glass Co., Inc. for an order for an audit and in the sum of $30,283.44, which includes contributions, late charges, interest, liquidated damages, attorneys' fees, court costs and disbursements.

Dated:  Elmsford, New York
        March 11, 2008

                              *Dana L. Henke*
                              Dana L. Henke, Esq. (DLH3025)
                              BARNES, IACCARINO, VIRGINIA,
                              AMBINDER & SHEPHERD, PLLC
                              Attorneys for Plaintiffs
                              258 Saw Mill River Road
                              Elmsford, New York 10523
                              (914) 592-1515