UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | ) <br> ) Index No.: 08-CIV-1544 (SCR) <br> ) <br> ) **DEFAULT JUDGMENT** <br> Plaintiffs, ) <br> ) |
| -against- | ) <br> ) <br> ) |
| EAST SIDE GLASS CO., INC., | ) <br> ) |
| Defendant. | ) |

---

This action having been commenced on February 14, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant East Side Glass Co., on February 19, 2008 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on February 26, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Thirty Thousand Two Hundred and Eighty Three Dollars and Forty-Four Cents ($30,283.44), which includes the following: contributions due and owing in the sum of $22,349.40 for the period October 1, 2007 through February 29, 2008; $512.68 in Late Charges for the period September 17, 2000 through November 6, 2007; interest in the sum of $521.48 calculated at 2% above prime through to February 29, 2008; liquidated damages in the sum of $4,469.88 calculated at 20% of the principal; attorneys' fees in the sum of $2,000.00; plus court costs and disbursements of this action in the sum of $430.00.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**ORDERED**, that the defendant cooperate with an audit at the defendant's office located at 40-12 28th Street, Long Island City, NY 11101 and provide the following documents: payroll journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank statement, and cancelled check, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State Employment report, insurance reports, disability insurance reports, workers compensation report forms and remittance reports for the period April 1, 2006 through February 29, 2008 and directing, that judgment be entered thereon for the amount stated in the audit including late charges, interest, liquidated damages, auditor fees and court costs and expenses.

**ORDERED**, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       March 14, 2008

So Ordered:

_____
Honorable Stephen C. Robinson U.S.D.J.